IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT HARPER, | ) | FILED: APRIL 17, 2008 |
| | ) | 08CV2197   TC |
| *Plaintiff,* | ) | JUDGE ANDERSEN |
| | ) No. | MAGISTRATE JUDGE ASHMAN |
| -vs- | ) | |
| | ) | *(jury demand)* |
| CITY OF CHICAGO, P.O. D. PATTERSON #3606 | ) | |
| P.O SANDERS, AND P.O. HUNT, | ) | |
| | ) | |
| *Defendants.* | ) | |

## COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff Robert Harper is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation.

4. Defendants D. Patterson, Hunt and Sanders were at all times relevant acting under color of their authority as a Chicago police officers; each is sued in his individual capacity.

5. In 2005, plaintiff was formally charged with a felony offense in the Circuit Court of Cook County, Illinois.

6. The above referred charges were the result of the false material statements and the withholding of exculpatory evidence by one or more of defendants Patterson, Hunt, and Sanders.

7. All criminal charges were resolved in plaintiff's favor in a manner consistent with his innocence within one year preceding the filing of this lawsuit.

8. The above described actions of defendant Patterson and Sanders caused plaintiff to be deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States and to be subjected to the Illinois tort of malicious prosecution for which the City of Chicago is liable.

9. As a result of the forgoing, was deprived of his liberty, was deprived of personal property, subjected to emotional distress, and required to retain counsel.

10. Plaintiff hereby demands trial by jury.

WHEREFORE plaintiff prays that judgment be entered against defendants in an amount in excess of one hundred thousand dollars as compensatory damages.

/s/ Kenneth N. Flaxman
_____

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*