## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Robert Harper

                Plaintiff,

v.                                    Case No.: 1:08−cv−02197
                                           Honorable Wayne R. Andersen

City Of Chicago, et al.

                Defendant.

### ORDER REFERRING A CIVIL CASE TO THE
### DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 17, 2008

                                                              /s/ Wayne R. Andersen

                                                              United States District Judge